# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| LISA SMITH, | No. 4:20-CV-00264 |
|---|---|
| Plaintiff. | (Judge Brann) |
| v. | |
| SCI MUNCY, DEPUTY FRANTZ, MS. MCKEE, and MR. SMITH, | |
| Defendants. | |

# ORDER

### MARCH 10, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**;

2. Defendant SCI Muncy is **DISMISSED WITH PREJUDICE**; and

3. Plaintiff shall within thirty (30) days from the date of this Order file an amended complaint that addresses the deficiencies identified in the Court's Memorandum Opinion. Failure to comply will be deemed abandonment of this action, and Plaintiff's action will be subject to dismissal with prejudice without further warning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge