# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA SMITH, | No. 4:20-CV-00264 |
| Plaintiff, | (Judge Brann) |
| v. | |
| DEPUTY FRANTZ, *et al.*, | |
| Defendants. | |

## ORDER

### APRIL 9, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Court may reconsider its dismissal should Plaintiff provide her updated address within a reasonable time period.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge